**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MARY COON,**

             **Plaintiff,**

**-vs-**                                                **Case No. 6:06-cv-47-Orl-28DAB**

**THE PALM MOTEL, INC., JOHN T.**
**JENSEN, MARY M. JENSEN,**

             **Defendants.**
_____

**ORDER**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **MOTION TO STRIKE ANSWER OF DEFENDANT, THE PALM MOTEL, INC. (Doc. No. 10)**
>
> **FILED:** April 12, 2006
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

John T. Jensen and Mary M. Jensen, non-attorneys, purport to represent Defendant corporation The Palm Motel, Inc. according to the Defendants' Answer. Doc. 7. Under the Local Rules, "No person shall be permitted to appear or be heard as counsel for another in any proceeding in this Court unless first admitted to practice in the Court pursuant to this rule." Local Rule 2.01, United States District Court for the Middle District of Florida. John Jensen and Mary Jensen may represent themselves *pro se*; however, they may not represent the corporation, which must be represented by counsel admitted to practice before this Court; thus, the Answer (Doc. No. 6) as filed by the Jensens

*pro se* represent their individual responses and does not address the corporation's response. Counsel for The Palm Motel, Inc. shall file a separate Answer within 11 days of the date of this Order or be subject to having default judgment entered against it.

**DONE** and **ORDERED** in Orlando, Florida on April 13, 2006.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties