**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MARY COON,**

                **Plaintiff,**

**-vs-**                                              **Case No. 6:06-cv-47-Orl-28DAB**

**THE PALM MOTEL, INC., JOHN T.**
**JENSEN, MARY M. JENSEN,**

                **Defendants.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **JOINT MOTION FOR APPROVAL OF SETTLEMENT [WITHOUT FAIRNESS HEARING] (Doc. No. 27)**
>
> **FILED:**       **November 3, 2006**
>
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice.

The parties represent that Plaintiff will receive payment for work performed, or approximately 100% of her final estimate of wages owed. Doc. No. 27 ¶ 5. However, the attachment shows the settlement to be for $5,000 (Doc. No. 27-2), even though Plaintiff sought $15,112.82 from Defendants, according to her Answer to Court Interrogatories. Doc. No. 19-2. As such, there is no support in the record at this time for the proposition that Plaintiff will receive 100% of the amount owed, and a hearing is necessary. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1354-

55 (11th Cir. 1982) (court must determine whether the settlement is a "fair and reasonable resolution of a bona fide dispute" over FLSA issues).

**TAKE NOTICE** that Settlement Fairness Hearing will be held before the undersigned on **TUESDAY, DECEMBER 19, 2006 at 11:00 A.M.** in Courtroom #6, George C. Young U.S. Courthouse and Federal Building, 80 North Hughey Avenue, Orlando, Florida.

The parties are **DIRECTED** to file any additional supporting documents regarding the nature of the claims, the terms of settlement, and pertinent information regarding any allowance for fees, prior to the hearing.

**DONE** and **ORDERED** in Orlando, Florida on December 7, 2006.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties