# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MARY COON,**

                **Plaintiff,**

**-vs-**                                                          **Case No. 6:06-cv-47-Orl-28DAB**

**THE PALM MOTEL, INC., JOHN T. JENSEN, MARY M. JENSEN,**

                **Defendants.**

## ORDER

This case is before the Court on a report from the United States Magistrate Judge recommending that the settlement reached by the parties be approved as a "fair and reasonable resolution of a bona fide dispute" over FLSA issues.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed December 20, 2006 (Doc. No. 30) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The settlement reached by the parties is **APPROVED** as a "fair and reasonable resolution of a bona fide dispute" over FLSA issues.

3. All pending motions are **DENIED** as moot.

4. This case is **DISMISSED** with prejudice.

5. The Clerk of the Court is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___10___ day of January, 2007.

 _____
 JOHN ANTOON II
 United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party